

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00020-CV

Modesto **GARZA**,
Appellant

v.

The **STATE** of Texas for the Protection of K.F.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI15443
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: May 28, 2025

DISMISSED

On January 7, 2025, appellant filed a pro se notice of appeal, stating his intent to appeal from the trial court's protective order. Appellant has now filed a motion to dismiss this appeal, stating that he no longer wishes to pursue this appeal. Appellant's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM